UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

CRIMINAL ACTION NO. 4:13-CR-00033-002-JHM

UNITED STATES OF AMERICA                                                      PLAINTIFF

vs.

CAMILO RODRIGUEZ-HERNANDEZ                              DEFENDANT

## NOTICE OF FILING

The United States hereby provides notice that Exhibit 1 and Exhibit 2 that were previously filed with the Response to Motion to Quash (DN 256) on November 30, 2023, have been redacted and refiled with the court.

Dated: December 1, 2023

                                         Respectfully Submitted,

                                         MICHAEL A. BENNETT
                                         United States Attorney

                                         */s/ Erin M. Bravo*
                                         Erin M. Bravo
                                         Assistant United States Attorneys
                                         717 W. Broadway
                                         Louisville, Kentucky 40202
                                         Phone: (502) 582-6971
                                         Email: erin.bravo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all registered CM/ECF participants in this case.

I further certify that I have mailed the foregoing document by first class mail to the following non-CM/ECF participant: Camilo Rodriguez-Hernandez.

*/s/ Erin M. Bravo*
Erin M. Bravo
Assistant United States Attorney